# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00483-CV

**John Martin, Appellant**

**v.**

**Charles Bonney, Board Administrator for the Texas Board of
Pardons and Paroles, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. GN201825, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant John Martin's brief was due to be filed in this Court on September 8, 2003, but was not. On October 29, 2003, appellant was advised in writing that his brief was overdue and that his appeal would be dismissed if he did not file his brief on or before November 3, 2003. *See* Tex. R. App. P. 38.8(a)(2). Appellant has not filed a brief or otherwise responded to the Court's notices.

Accordingly, this appeal is hereby dismissed for want of prosecution pursuant to Texas Rules of Appellate Procedure 38.8(a)(1), 42.3(b) and (c).

_____

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed:   December 18, 2003